UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



------------------------------------------------------------X

AVA SKIDELL, an infant under the age of
18 years old, by her father and natural guardian,
MATTHEW SKIDELL,

                            Plaintiff,

-against-

THE RITZ-CARLTON, SAN JUAN, THE RITZ-
CARLTON HOTEL COMPANY, L.L.C., and
MARRIOTT INTERNATIONAL, INC.,

                            Defendants,

------------------------------------------------------------X

Civil Docket No.:

Date Purchased:

**VERIFIED COMPLAINT**

WEXLER, J.

TOMLINSON, M.J.

Plaintiff, by her attorneys, **MALLILO & GROSSMAN**, complaining of the Defendants

herein, respectfully alleges as follows:

1. That at all times hereinafter mentioned, Plaintiff, AVA SKIDELL, was

and still is a resident of the County of Nassau, State of New York.

2. Upon information and belief, Defendant, The Ritz-Carlton, San Juan, was

and still is a hotel premises operated in San Juan, Puerto Rico, and located at 6961 Ave

Gobernadores, Carolina, Puerto Rico 00979-7000 U.S.A.

3. Upon information and belief, Defendant, The Ritz-Carlton Hotel

Company, L.L.C., was and still is a foreign limited liability company organized and existing

under the laws of the State of Delaware, with its registered agent located in Nyack, New York,

and doing business in the State of New York.

4. Upon information and belief, Defendant, Marriott International, Inc., was

and still is a foreign corporation organized and existing under the laws of the State of Delaware, with its principle place of business in Bethesda, Maryland, and doing business in New York.

5.  Upon information and belief, Defendant, Ritz-Carlton Hotel Company, L.L.C. is a wholly owned subsidiary of Defendant, Marriott International, Inc.

6.  Upon information and belief, that at all times hereinafter mentioned, the Defendant, THE RITZ-CARLTON, SAN JUAN, owned the premises at issue.

7.  Upon information and belief, that at all times hereinafter mentioned, the Defendant, THE RITZ-CARLTON, SAN JUAN, operated the premises at issue.

8.  Upon information and belief, that at all times hereinafter mentioned, the Defendant, THE RITZ-CARLTON, SAN JUAN, maintained the premises at issue.

9.  Upon information and belief, that at all times hereinafter mentioned, the Defendant, THE RITZ-CARLTON, SAN JUAN, managed the premises at issue.

10.  Upon information and belief, that at all times hereinafter mentioned, the Defendant, THE RITZ-CARLTON, SAN JUAN, controlled the premises at issue.

11.  Upon information and belief, that at all times hereinafter mentioned, the Defendant, THE RITZ-CARLTON HOTEL COMPANY, L.L.C., owned the premises at issue.

12.  Upon information and belief, that at all times hereinafter mentioned, the Defendant, THE RITZ-CARLTON HOTEL COMPANY, L.L.C., operated the premises at issue.

13.  Upon information and belief, that at all times hereinafter mentioned, the Defendant, THE RITZ-CARLTON HOTEL COMPANY, L.L.C., maintained the premises at issue.

14.  Upon information and belief, that at all times hereinafter mentioned, the

3

Defendant, THE RITZ- CARLTON HOTEL COMPANY, L.L.C., managed the premises at issue.

15.    Upon information and belief, that at all times hereinafter mentioned, the Defendant, THE RITZ- CARLTON HOTEL COMPANY, L.L.C., controlled the premises at issue.

16.    Upon information and belief, that at all times hereinafter mentioned, the Defendant, MARRIOTT INTERNATIONAL, INC. owned the premises at issue.

17.    Upon information and belief, that at all times hereinafter mentioned, the Defendant, MARRIOTT INTERNATIONAL, INC. operated the premises at issue.

18.    Upon information and belief, that at all times hereinafter mentioned, the Defendant, MARRIOTT INTERNATIONAL, INC. maintained the premises at issue.

19.    Upon information and belief, that at all times hereinafter mentioned, the Defendant, MARRIOTT INTERNATIONAL, INC. managed the premises at issue.

20.    Upon information and belief, that at all times hereinafter mentioned, the Defendant, MARRIOTT INTERNATIONAL, INC. controlled the premises at issue.

21.    Venue is proper, in the United States District Court for the Eastern District of New York, pursuant to 28 U.S.C. §1331, 28 U.S.C. §1391, and CPLR §301.  The matter in controversy exceeds $75,000.00.

22.    That on or about December 1, 2013, while Plaintiff was walking inside the bathroom of Room 142 (Garden Suite) of the premises known as the Ritz-Carlton, San Juan, located at 6961 Ave Gobernadores, Carolina, Puerto Rico 00979-7000 U.S.A., she was caused to slip and fall due to the slippery, marble, high gloss and polished floor, and sustain serious

4

personal injuries.

23.     That on or about December 1, 2013, the Defendants, their agents, servants and/or employees negligently and carelessly cleaned, mopped, polished and/or maintained the bathroom floor in said premises in such a haphazard, negligent manner as to cause the bathroom floor to become and remain in an unsafe, improper and dangerous condition, which consisted of a trap and nuisance, as well as, a negligent and improper condition of which the Defendants had due notice, or by the use of reasonable care and inspection thereof, should have had due notice.

24.     Upon information and belief, and at all times hereinafter mentioned, it was the duty of the Defendants, their agents, servants, and/or employees to maintain the aforesaid bathroom floor of the premises in a safe, proper, lawful and careful manner, so that same would not be dangerous or hazardous to persons lawfully on said premises, and to keep said floor free from defaults, traps and conditions constituting a danger and menace to person lawfully and properly thereon.

25.     The Defendants, their agents, servants, and/or employees breached the duty owed to the Plaintiff, and therefore, the subject accident and resulting injuries to the Plaintiff were caused solely and wholly by reason of carelessness, recklessness and negligence of the Defendants, without any negligence of the Plaintiff contributing thereto.

26.     That by reason of the dangerous and hazardous condition of the bathroom floor of the premises, and the wrongful, negligent acts and omissions on the part of the Defendants, the Plaintiff has been damaged, and has suffered and will continue to suffer pain and agony in mind and body, physical and mental disabilities, and was unable to attend to her normal daily duties and activities.

5

**WHEREFORE**, the Plaintiff demands judgment against the Defendants for the damages sustained and continuing in an amount in excess of Seventy Five Thousand ($75,000.00) Dollars, and an amount equal to the costs and disbursements of this action, together with any other and further relief this Court deems just and equitable.

Dated: Flushing, New York
      August 22, 2014

**MALLILO & GROSSMAN**

BY:_____
      **JESSICA KRONRAD, ESQ.**
Attorney for Plaintiff
163-09 Northern Boulevard
Flushing, New York 11358
(718) 461-6633
(718) 461-1062

OUR FILE NO.: 13FCS777

6

STATE OF NEW YORK      )
                       ) SS.:
COUNTY OF QUEENS       )

MATTHEW SKIDELL, AS FATHER AND NATURAL GUARDIAN OF AVA SKIDELL, BEING DULY SWORN DEPOSES AND STATES:

I AM THE FATHER AND NATURAL GUARDIAN OF THE INFANT PLAINTIFF, AVA SKIDELL, IN THE WITHIN ACTION.

I HAVE READ THE FOREGOING VERIFIED COMPLAINT AND KNOW THE CONTENTS THEREOF; SAME IS TRUE AND CORRECT TO MY OWN KNOWLEDGE, EXCEPT THOSE MATTERS THEREIN ALLEGED AS UPON INFORMATION AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

8/27/14

MATTHEW SKIDELL, Parent and Natural Guardian of, AVA SKIDELL

MICHAEL PAUL SCHNEIDER
Notary Public - State of New York
NO. 01SC6303096
Qualified in Suffolk County
My Commission Expires May 12, 2018

SWORN TO BEFORE ME THIS 27th DAY OF AUGUST 2014

NOTARY PUBLIC

OUR FILE#  13FCS777
Index No.
USDC: EASTERN DISTRICT

---

AVA SKIDELL,AN INFANT UNDER THE AGE OF 18 YEARS OLD BY
HER FATHER AND NATURAL GUARDIAN, MATTHEW SKIDELL


Plaintiff(s),

-against-

THE RITZ-CARLTON, SAN JUAN, THE RITZ- CARLTON HOTEL
COMPANY, L.L.C., AND MARRIOTT INTERNATIONAL INC


Defendant(s).

---

SUMMONS AND VERIFIED COMPLAINT

---

**MALLILO & GROSSMAN, ESQS.**
*Attorneys for Plaintiff(s)*
163-09 Northern Boulevard
Flushing, New York 11358
**(718) 461-6633**
**Fax: (718) 461-1062**

---

Pursuant to 22 NYCRR 130-1.1A, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.

Dated: 10/13/14          Signature _____
                                   FRANCESCO POMARA JR, **ESQ.**

---

TO: